# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | CASE NO: CV 25-9207-GW-AGRx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE [DOC. # 15]**<br><br>*Assigned to the Hon. George H. Wu*<br><br>Action Filed: September 26, 2025 |

On January 6, 2026, Plaintiffs Joseph Rayhbuck p/k/a Fat Coda Studios and Watchdog AI, Inc. (collectively, "Plaintiffs"), and Defendant Microsoft Corporation ("Microsoft") (together, the "Parties"), filed their stipulation to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is hereby dismissed in its entirety with prejudice, and with Plaintiffs, on the one hand, and Defendant, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 7, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE